# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MANUEL MARTINEZ,

          Petitioner,

   v.

J. SALAZAR, Warden,

          Respondent.

Case No. CV 09-2670-R (JEM)

**JUDGMENT**

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: February 24, 2011

                                       MANUEL L. REAL
                                 UNITED STATES DISTRICT JUDGE